IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

      **Plaintiff,**

  v.                                                Civ. No. 13-630 LAM/ACT

**2003 CESSNA LANCAIR AIRCRAFT SN:42009
TAIL NUMBER:N1800H**,

      **Defendant,**
and

**PAUL CONNORS,ET.AL.**,

      **Claimants.**

## CERTIFICATE OF REASONABLE CAUSE

      **THIS MATTER** is before the Court on the *Unopposed United States' Motion for Entry of 28 U.S.C. [§] 2465 Certificate of Reasonable Cause (Doc. 22)*, filed November 19, 2013. Having read the motion and having been advised that all claimants consent to entry of a certificate of reasonable cause, and being otherwise fully advised in the premises, the Court **FINDS** that reasonable cause existed for the seizure in this case.

      **IT IS THEREFORE ORDERED** that this Certificate of Reasonable Cause be entered.

      **IT IS SO ORDERED.**

                                                */s/ Lourdes A. Martinez*
                                        **UNITED STATES MAGISTRATE JUDGE**
                                          **Presiding by Consent**

SUBMITTED BY *(Prior to modification by the Court)*:

*Electronically submitted 11/19/13*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

APPROVED *(Prior to modification by the Court)*:

/s/
RICHARD J. BARNETT, ESQ.
A Professional Law Corporation
California for No. 65132
105 West F. Street, 4th Floor
San Diego, CA 92101
(619) 231-1182
Attorney for Claimants
Paul Connors, Shelly Connors,
and PJC Development Company