IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                     Civ. No. 13-630 LAM/ACT

2003 CESSNA LANCAIR AIRCRAFT SN:42009
TAIL NUMBER:N1800H,

      Defendant,

and

PAUL CONNORS,
SHELLY CONNORS,
PJC DEVELOPMENT COMPANY,

      Claimants.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the court on the *Settlement Agreement and Release (Doc. 21)* between the United States and Claimants Paul Connors, Shelly Connors, and PJC Development Company, filed November 19, 2013. The Court has reviewed the Settlement Agreement and Release and is fully advised in the premises.

**THE COURT THEREFORE HEREBY ORDERS AS FOLLOWS**:

1. Claimants Paul Connors, Shelly Connors, and PJC Development Company will pay $55,000 to the United States. All right, title and interest in the $55,000 is forfeited to the United States and title thereto is vested in the United States.

2. Upon receipt of payment, the United States will release the defendant 2003 Cessna Lancair aircraft SN:42009 Tail number:N1800H to Claimants Paul Connors, Shelly Connors, and PJC Development Company.

3. The parties will bear their own costs and attorney's fees in this case.

**IT IS SO ORDERED.**

_Lourdes a. Martinez_
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

SUBMITTED BY *(Prior to modification by the Court)*:

  *Electronically submitted 11/19/13*  _
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

APPROVED *(Prior to modification by the Court)*:

            /s/                _
RICHARD J. BARNETT, ESQ.
A Professional Law Corporation
California for No. 65132
105 West F. Street, 4th Floor
San Diego, CA 92101
(619) 231-1182
Attorney for Claimants
Paul Connors, Shelly Connors,
and PJC Development Company